# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2791

_____

TODD HUNT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

December 9, 2025

PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of counsel as premature.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todd Hunt, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.